# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TECHNOLOGY NATIONAL INSURANCE COMPANY, INC., | ) |
| Plaintiff, | ) No. 21-CV-05037 |
| vs. | ) |
| JULIO CHUNGATA and POLO MASONRY BUILDERS, INC., | ) Judge Harry D. Leinenweber |
| Defendants. | ) |

## ORDER

This matter coming before the Court for hearing on Plaintiff Technology Insurance Company's Motion for Entry of Default Final Judgment Against Polo Masonry Builders, Inc., IT IS HEREBY ORDERED:

(1) Technology Insurance Company's motion for default judgment is granted, pursuant to which this Court finds, declares and decrees that Technology Insurance Company has no duty to defend or indemnify Polo Masonry Builders, Inc. in connection with the underlying case captioned *Julio Chungata v. Polo Masonry Builders, Inc., et al.*, Case No. 2019 L 006992.

(2) Hearing that the underlying case was dismissed with prejudice, this Court grants Defendant Julio Chungata's oral motion and dismisses Defendant Julio Chungata with prejudice and without costs.

(3) This is a Final Order that resolves all matters presented in the pleadings.

Harry D. Leinenweber, Judge
United States District Court

Dated: 6/14/2023

Kristina M. Beck (ARDC No. 6274540)
BODELL BOVE LLC
2215 S. York Road, Suite 515
Oak Brook, Illinois 60523
(630) 382-4800
kbeck@bodellbove.com